AARON M. CLEFTON, Esq. (SBN 318680)
CLEFTON DISABILITY LAW
1423 Broadway #1133
Oakland, CA 94612
Telephone: 510/832-5001
info@cleftonlaw.com

Attorneys for Plaintiff
JENNIEFER SHORT

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIEFER SHORT,<br><br>  Plaintiff,<br><br>  v.<br><br>S&S BASELINE, INC.,<br><br>  Defendant. | CASE NO. 5:24-cv-02189-AH-SP<br>Civil Rights<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

NOTICE IS HEREBY GIVEN that Plaintiff JENNIEFER SHORT ("Plaintiff") voluntarily dismisses the above-entitled action pursuant to FRCP 41(a)(1)(i) with prejudice. Plaintiff is dismissing this action because this matter has settled. Plaintiff requests this dismissal be entered with prejudice.

Date: December 16, 2024                    CLEFTON DISABILITY LAW


                                           */s/ Aaron M. Clefton*
                                           By AARON M. CLEFTON, Esq.
                                           Attorney for Plaintiff
                                           JENNIEFER SHORT

1

NOTICE OF VOLUNTARY DISMISSAL
CASE NO. 5:24-cv-02189-AH-SP